**Order entered June 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00698-CV

**IN RE YAN BENJAMIN WILHELM ASSOUN, Relator**

**Original Proceeding from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-55049-2009**

## ORDER

For the reasons set forth in our opinion of this date, we **DENY** relator's petition for writ of mandamus. We **DENY** relator's emergency motion for stay. We **ORDER** relator to bear the costs of this original proceeding.

/s/    ELIZABETH LANG-MIERS
        JUSTICE